IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JASON THIELMAN, as father of ANDREW THEILMAN, a minor,<br><br>    Plaintiff,<br><br>vs.<br><br>YIKES, INC. d.b.a. GUNSIGHT SALOON, and JOHN DOES 1-4,<br><br>    Defendants. | CV 25-133-M-KLD<br><br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice, and for good cause shown,

IT IS HEREBY ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE as fully and finally settled on the merits, each party to bear its own attorney fees and costs.

DATED this 18th day of June, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge